**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LLUKAN PRENI,

        Plaintiff,

v.                                            Case No:   6:22-cv-299-GAP-DCI

WASTE PRO OF FLORIDA, INC.,

        Defendant

---

**ORDER TO SHOW CAUSE**

This matter is before the Court on Plaintiff's Motion to Dismiss without prejudice (Doc. 20) and Defendant's Response (Doc. 22).

On February 9, 2022, Plaintiff filed this Fair Labor Standards Act (FLSA) lawsuit against Defendant Waste Pro of Florida, Inc. ("Waste Pro"). On March 1, 2022, the Court entered a FLSA scheduling order directing Plaintiff to file an answer to the Court's interrogatories by April 12, 2022. Doc. 11. Plaintiff's counsel filed a motion requesting additional time to file Plaintiff's answers. Doc. 17. Therein, Plaintiff's counsel advised that he "needs additional time to have Plaintiff finalize and execute his Court Interrogatories." *Id.* at 1. That motion was granted, and the interrogatory deadline was extended to April 15, 2022 (Doc. 18), but Plaintiff failed to submit his answers by the extended deadline.

On April 22, 2022, the Court ordered Plaintiff to show cause why sanctions should not be imposed for his failure to file his interrogatory answers by the extended deadline. Doc. 19. Plaintiff's counsel filed a response and motion to dismiss his complaint without prejudice wherein he clarified that he sought the extension because he "was unable to obtain contact with Plaintiff." Doc. 20 at 1. Apparently, Plaintiff's counsel has never been able to contact Plaintiff regarding his interrogatory answers. *See id.* at 2. Plaintiff's counsel now asks the Court to dismiss Plaintiff's complaint without prejudice.

Waste Pro responded and advised that, while it does not believe dismissal with prejudice is appropriate, the Court should require Plaintiff and/or his counsel to pay Waste Pro's costs and attorneys' fees incurred in responding to Plaintiff's complaint.

Accordingly, Plaintiff is hereby **ORDERED** to show cause as to why dismissal without prejudice should not be conditioned upon payment of Defendant's costs and fees incurred in responding to this lawsuit. Plaintiff shall file a written response by May 23, 2022.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 11, 2022.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party