**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LLUKAN PRENI,

    Plaintiff,

v.                                            Case No:   6:22-cv-299-GAP-DCI

WASTE PRO OF FLORIDA, INC.,

    Defendant

---

**ORDER**

This cause comes before the Court on Plaintiff's Motion to Dismiss (Doc. 20) filed April 27, 2022.

On July 12, 2022, the United States Magistrate Judge issued a report (Doc. 26) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Plaintiff's Motion to Dismiss is **GRANTED**.   This case is **DISMISSED** without prejudice.   The dismissal of this action shall not be conditioned on the payment of Defendant's fees and costs

should Plaintiff file a new action based on or including the same claims asserted in this action.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 27, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party